IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK, N.A., | § | |
| Plaintiff, | § | CIVIL ACTION FILE NO. 1:08-CV-3202-BBM |
| v. | § | |
| JONATHAN BEEN, | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK, N.A. ("First Horizon" or "Plaintiff"), and files its Motion for Summary Judgment against Defendant Jonathan Been pursuant to Federal Rule of Civil Procedure 56. As set forth in the Brief in support of this Motion, there is no genuine issue as to any material fact, and Plaintiff is entitled to summary judgment as a matter of law. In support of its Motion for Summary Judgment, First Horizon relies upon the following:

1. Brief in Support of Plaintiff's Motion for Summary Judgment and all attachments and Exhibits thereto;

2. Affidavit of Bernadette Mendez and all Exhibits attached thereto;

3. Deposition of Jonathan W. Been and all Exhibits thereto

4. Plaintiff's Notice of Filing Original Discovery, and all original discovery submitted thereto;

5. Plaintiff's Request for Defendant to file original discovery, and all original discovery submitted thereto; and

6. All pleadings and files of record.

This the 13th day of October, 2009.

/s/ Aaron M. Kappler
KEVIN S. KOVALCHIK
Georgia State Bar No. 428898
AARON M. KAPPLER
Georgia State Bar No. 272533

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
770-925-0111; fax 770-925-8597
Email: kkovalchik@tokn.com
Attorneys for Plaintiff

## CERTIFICATE OF TYPE SIZE AND STYLE

Counsel certifies that the size and style of type used in the foregoing document is Times New Roman 14 point.

/s/ Aaron M. Kappler
AARON M. KAPPLER
Georgia State Bar No. 272533

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
770-925-0111; fax 770-925-8597
Email: kkovalchik@tokn.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2009, I electronically filed the **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

James L. Paul, Esq.
Chamberlain, Hrdlicka, White, Williams and Martin
191 Peachtree Street N.E. 34th Floor
Atlanta, GA 30303

This the 13th day of October, 2009.

/s/ Aaron M. Kappler
AARON M. KAPPLER
Georgia State Bar No. 272533

Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
770-925-0111; fax 770-925-8597
Email: kkovalchik@tokn.com