IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK, N.A., | CIVIL ACTION FILE |
| Plaintiff, | NO. 1:08-CV-3202-BBM |
| v. | |
| JONATHAN BEEN, | |
| Defendant. | |

**AFFIDAVIT OF HENRY "JODY" PORTER**

Henry "Jody" Porter hereby states pursuant to 28 U.S.C. § 1746 as follows:

1.

My name is Henry "Jody" Porter, I am over eighteen years of age and I am competent to testify to the matters stated herein. I have personal knowledge of the facts contained herein.

2.

In April 2004, I began working as a Construction Loan Officer and Market Manager for First Horizon Home Loans, a Division of First Tennessee Bank, N.A. ("First Horizon"). From 1995 to April 2004, I was employed by SunTrust Bank.

3.

While I was employed at First Horizon, my job responsibilities included: 1) Market Manager of the South Atlanta and Savannah Loan Production Office; 2) portfolio management; 3) business development; 4) analysis and presentation of loan requests to the Senior Credit Officer for approval; 5) sales leadership, training, and management of sales team to achieve targeted goals.

4.

Beginning in March 2005, my job responsibilities at First Horizon also included management of First Horizon's relationship with Atreus Communities of America, LLC and its related entities ("Atreus"). Atreus develops communities and builds top quality new homes in five metropolitan U.S. cities, Atlanta, Charlotte, Raleigh, Phoenix, and Albuquerque.

5.

In order to extend a maturity date on a residential construction loan with First Horizon, the First Horizon Credit Officer and Damon Pettirossi, who was my manager, had to review and approve the extension request.

6.

During the time I was the Atreus relationship manager for First Horizon, the bank never once strictly enforced a maturity date of a loan to Atreus. In other words, First Horizon never demanded or required payment in full of all outstanding amounts due under a loan by the maturity date. Instead, upon payment of outstanding interest, First Horizon agreed to extend the loan's maturity date.

7.

First Horizon loaned money to Atreus to buy lots and build houses in seven communities.

8.

As shown below, First Horizon executed loan modification agreements to extend maturity dates after the loans had already matured.

9.

As shown below, First Horizon accepted interest payments and paid out draw requests to Atreus even though a note's maturity date had passed and Atreus was technically in default under the terms of the note for not paying in full all outstanding amounts due under a note by the note's maturity date.

10.

In January of 2008, I learned, on a conference call with Damon Pettirossi, that the Board of Directors of First Horizon had decided to withdraw from the residential construction lending business nationally.

11.

In February of 2008, I began notifying borrowers, including Atreus, of First Horizon's business decision and that the bank would no longer lend new money for construction projects because the bank had decided to withdraw from the residential construction lending business nationally.

12.

After First Horizon announced that the bank was going to withdraw from the residential construction lending business nationally, the bank considered keeping a presence in the Atlanta market. As a part of that consideration, First Horizon reviewed its strongest and best relationships in the Atlanta market, which included the Atreus account. In or about March 2008, however, First Horizon decided to withdraw from the Atlanta market.

13.

At the time First Horizon decided to withdraw from the residential construction lending business, First Horizon had the following 15 loans with Atreus, which had the original maturity dates stated below:

| Loan Number | Original Maturity Date ("OMD") |
|---|---|
| 53341 | February 22, 2007 |
| 53345 | February 13, 2008 |
| 518016 | November 14, 2007 |
| 52372 | August 8, 2006 |
| 52373 | September 11, 2006 |
| 518018 | February 25, 2008 |
| 53346 | July 1, 2008 |
| 53811 | June 21, 2007 |
| 53812 | August 14, 2008 |
| 53911 | June 20, 2008 |
| 518019 | August 14, 2008 |
| 53342 | March 19, 2007 |
| 53343 | June 7, 2007 |
| 53344 | September 28, 2007 |
| 52371 | March 31, 2006 |

14.

At the time First Horizon decided to withdraw from the residential construction lending business, the following loans had maturity dates in the spring of 2008:

Loan 53341 – March 22, 2008

Loan 53345 – February 13, 2008

Loan 518016 – May 14, 2008

Loan 518018 – March 25, 2008

Loan 52372 – March 8, 2008

Loan 52373 – April 11, 2008 (collectively, the "First Loan Group").

15.

First Horizon did not declare a default under the First Loan Group in the Spring of 2008 and demand that Atreus pay in full all outstanding amounts due under the notes by the notes' maturity dates.

16.

In or about February 2008, I was offered a job opportunity with First Horizon in Tennessee, as the Atlanta office was ultimately supposed to be closed. I declined the offer to move to Tennessee. On or about May 5, 2008, I took a position as the Vice President of Finance for Atreus.

17.

My job responsibilities with Atreus include the following: managing Atreus's loan portfolio, working with Atreus's lenders in the restructuring of

existing loan agreements, and assisting in the sale of lots and houses which are collateral for the loans.

18.

First Horizon asked Atreus to execute Loan Extension Agreements extending the maturity dates of the First Loan Group to April 30, 2008, which Atreus did in extension agreements dated May 12, 2008.

19.

On June 26, 2008, Mr. Pettirossi at First Horizon contacted me and told me he had sent Atreus written loan extension agreements by federal express, which would extend the maturity dates of the First Loan Group from April 30, 2008, to July 1, 2008.

20.

On June 30, 2008, I questioned why Atreus should sign a modification that would only extend the loans until the next day.

21.

Mr. Pettirossi told me that he needed to keep the loans off his quarter end report as matured loans.

22.

Similar to prior maturities of notes and First Horizon's extension of those notes after the maturity dates, First Horizon delivered the Loan Extension Agreements dated June 20, 2008, to Atreus on or about July 27, 2008, after the loans in the First Loan Group had already matured, to extend those matured loans to July 1, 2008. Atreus signed the Loan Extension Agreements on July 7, 2008.

23.

First Horizon never notified Atreus that it was allowing it to operate outside the Notes' terms under protest.

24.

The following loans matured in the summer of 2008:

Loan 518019- August 14, 2008

Loan 53346 – July 1, 2008

Loan 53811 – June 21, 2008

Loan 53812– August 14, 2008

Loan 53911 – June 20, 2008 (collectively, the "Second Loan Group") (the First Loan Group and Second Loan Group are collectively, the "Loans").

25.

First Horizon did not declare a default for the Notes in the Second Loan Group and did not demand payment immediately due.

26.

On July 16, 2008, First Horizon sent letters to Atreus allegedly accelerating and declaring the entire indebtedness under the notes relating to loans 53811, 53911, 53343, and 53346 immediately due and payable (the "Four July 16 Letters"). True and correct copies of the July 16 Letters are attached hereto as Exhibit A.

27.

First Horizon did not give Atreus prior notice that they were sending the Four July 16 Letters. I was surprised to see them because Atreus had just executed the July Loan Extension Agreements a week earlier.

28.

The Four July 16 Letters were the only notices or demands Atreus received from First Horizon.

29.

On August 14, 2008, Mr. Pettirossi, Jeanna McWilliams, and Dale Maxfield from First Horizon came to the Atreus office to discuss the Loans.

30.

On October 22, 2008, Atreus representatives including Jon Been, Shawn Tokanel, Jim Howard and I met with Mr. Pettirossi and Ms. McWilliams of First Horizon to discuss the Loans.

31.

The purpose of the October 2008 meeting was to discuss Atreus's plan to sell the remaining collateral securing the Loans.

32.

First Horizon had filed this lawsuit against Jon Been on October 14, 2008, before the October 22, 2008, meeting, but neglected to tell the Atreus representatives about the lawsuit during the meeting.

33.

Even after First Horizon sent the July 16, 2008, letters allegedly accelerating and declaring the entire indebtedness under the notes relating to loans 53811, 53911, 53343, and 53346 immediately due and payable and even after First Horizon filed this lawsuit, Atreus has continued to sell houses which were subject to construction loans made by First Horizon. Since July 16, 2008, Atreus has sold houses which were subject to construction loans made by First Horizon and delivered proceeds to First Horizon to reduce the amount of the debt by approximately $4.2 Million.

34.

First Horizon waived other requirements within the Notes, including the ninety (90) day deadline to begin construction on new housing starts.

35.

I have reviewed the loan documents, extension agreements and transaction histories for the Loans, which were produced by First Horizon in this lawsuit.

36.

The following is a true and correct summary of the history of Loan 53341:

| | |
|---|---|
| 2/23/2006 | Note Executed |
| 2/22/2007 | Note's Original Maturity Date |

| | |
|---|---|
| 2/27/2007 | Parties execute first Extension Agreement– document dated February 7, 2007 and extends maturity date to August 22, 2007 |
| 3/16/2007 | Atreus make interest payment |
| 8/20/2007 | Parties execute second Extension Agreement - extends maturity date to March 22, 2008 |
| 3/10/2008 | Atreus makes interest payment |
| 3/22/2008 | Loan Matures (under 2nd Extension Agreement) |
| 5/12/2008 | Parties execute third Extension Agreement – extends maturity date to April 30, 2008 |
| 4/30/2008 | Loan Matures (under 3rd Extension Agreement) |
| 7/1/2008 | Loan Matures (according to 4th Extension Agreement executed 7 days later) |
| 7/7/2008 | Parties execute fourth Extension Agreement - document dated June 20, 2008 and extends maturity date to July 1, 2008 |

37.

The following is a true and correct summary of the history of Loan 53345:

| | |
|---|---|
| 2/14/2007 | Note Executed |
| 2/13/2008 | Original Maturity Date |
| 2/21/2008 | Atreus makes interest payment (FH2103) |

| | |
|---|---|
| 2/25/2008 | First Horizon funds draw for 1101 Tartesso (FH 2160) |
| 3/31/2008 | Atreus pays off Lot 1083 (FH 2129) |
| 4/1/2008 | Atreus pays off Lot 1101 (FH 2160) |
| 4/30/2008 | Loan Matures (under 1st Extension Agreement not yet executed) |
| 5/12/2008 | Parties execute first  Extension Agreement -  extends maturity to April 30, 2008 |
| 5/30/2008 | Atreus pays off Lot 1104 (FH 2167) |
| 6/24/2008 | Atreus pays off Lot 1084 (FH 2135) |
| 7/1/2008 | Loan Matures (under 2nd Extension Agreement not yet executed) |
| 7/7/2008 | Parties execute Second Extension  - document dated June 20, 2008 and extends maturity date to July 1, 2008 |

38.

The following is a true and correct summary of the history of Loan 518016:

| | |
|---|---|
| 11/15/2006 | Note Executed |
| 11/14/2007 | Original Maturity Date |
| 11/20/2007 | Parties execute first Extension Agreement – extends maturity date to May 14, 2008 |
| 1/2/2008 | Atrues pay offs Lot 114 |
| 5/12/2007 | Parties execute second Extension Agreement – extends |

| | |
|---|---|
| | maturity date to April 20, 3008 |
| 5/16/2008 | Interest Payment |
| 7/1/2008 | Loan Matures (under 3rd Extension Agreement not yet executed) |
| 7/7/2008 | Parties execute third Extension Agreement - document dated June 20, 2008 and extends maturity date to July 1, 2008 |

39.

The following is a true and correct summary of the history of Loan 518018:

| | |
|---|---|
| 2/26/2007 | Note Executed |
| 2/25/2008 | Original Maturity Date |
| 2/29/2008 | First Horizon funds draw request (after maturity) (FH 2394) |
| 3/7/2008 | First Horizon funds draw request (after maturity) (FH 2394) |
| 4/2/2008 | Atreus pays off Lot 169 (FH 2395) |
| 5/12/2008 | Parties execute first Extension Agreement- extends maturity date to April 30, 2008 |
| 7/1/2008 | Loan Matures (under 2nd Extension Agreement not yet executed) |
| 7/7/2008 | Parties execute second Extension Agreement- document dated June 20, 2008 and extends maturity date to July 1, 2008 |
| 9/10/2008 | Atreus makes interest payment (FH2391) |

40.

A true and correct copy of the loan payment history for Loan 518018 is attached hereto as Exhibit B.

41.

The following is a true and correct summary of the history of Loan 52372:

| | |
|---|---|
| 8/9/2005 | Note Executed |
| 8/8/2006 | Original Maturity Date |
| 8/9/2006 | Parties execute first Extension Agreement- document dated 8/1/06 and extends maturity date to February 8, 2007 |
| 2/8/2007 | Loan Matures (under 1st Extension Agreement) |
| 3/2/2007 | Parties execute second Extension Agreement - doc dated 2/26/07 and extends maturity to May 8, 2007 |
| 5/8/2007 | Loan Matures (under 2nd Extension Agreement) |
| 5/17/2007 | Parties execute third Extension Agreement - extends maturity date to Aug 8, 2007 |
| 8/8/2007 | Loan Matures (under 3rd Extension Agreement) |
| 8/14/2007 | Atreus makes interest payment (FH 3120) |
| 8/28/2007 | Parties execute fourth Extension Agreement - extends maturity date to November 8, 2007 |
| | Loan Matures (under 4th -Extension Agreement) |

| | |
|---|---|
| 11/8/2007 | |
| 11/20/2007 | Parties execute fifth Extension Agreement- extends maturity date to March 8, 2008 |
| 3/8/2008 | Loan Matures (under 5th Extension Agreement) |
| 5/12/2008 | Parties execute sixth Extension -Agreement extends maturity date to April 30, 2008 |
| 7/1/2008 | Loan Matures (under 7th Extension Agreement not yet executed) |
| 7/7/2008 | Parties execute seventh Extension Agreement executed - document dated June 20, 2008 and extends maturity date to July 1, 2008 |
| 9/10/2008 | Atreus makes interest payment (FH 3126) |

42.

The following is a true and correct summary of the history of Loan 52373:

| | |
|---|---|
| 9/12/2005 | Note Executed |
| 9/11/2006 | Original Maturity Date |
| 9/20/2006 | Parties execute first Extension Agreement - document dated 9/8/06 and extends maturity date to March 11, 2007 |
| 3/2/2007 | Parties execute second Extension Agreement - document dated 2/28/07 and extends maturity date to July 11, 2007 |
| 7/11/2007 | Loan Matures (under 2nd Extension Agreement) |
| 7/19/2007 | Parties execute third Extension Agreement - extends |

| | |
|---|---|
| | maturity date to October 11, 2007 |
| 10/10/2007 | Parties execute fourth Extension Agreement - extends maturity date to April 11, 2008 |
| 4/11/2008 | Loan Matures (under 4th Extension Agreement) |
| 5/12/2008 | Parties execute fifth Extension Agreement extends maturity date to April 30, 2008 |
| 7/1/2008 | Loan Matures (under 6th Agreement not yet executed) |
| 7/7/2008 | Parties execute sixth Extension Agreement – document dated June 20, 2008 and extends maturity date to July 1, 2008 |
| 9/10/2008 | Atreus makes interest payment (FH 3209) |

43.

The following is a true and correct summary of the history of Loan 518019:

| | |
|---|---|
| 8/15/2007 | Note Executed |
| 8/14/2008 | Original Maturity Date |
| 9/10/2008 | Atreus makes interest payment (FH 2479) |

44.

The following is a true and correct summary of the history of Loan 53346:

| | |
|---|---|
| 7/2/2007 | Note Executed |
| 7/1/2008 | Original Maturity Date |
| | Atreus makes interest payment (FH 2179) |

7/16/2008

9/18/2008 Atreus pays off Lot 1025 (FH 2198)

45.

The following is a true and correct summary of the history of Loan 53811:

6/22/2006 Executed

6/21/2007 Original Maturity Date

7/2/2007 Atreus pays off Lot 51 (FH 2493)

7/11/2007 Atreus pays off Lot 53 (FH 2496)

7/20/2007 First Horizon funds draw request (FH 2501)

8/2/2007 Atreus pays off Lot 55 (FH 2500)

8/17/2007 First Horizon funds draw request (FH 2501)

8/28/2007 Atreus Pays off Lot 120 (FH 2552)

8/31/2007 First Horizon funds draw request (FH 2514)

9/4/2007 Atreus Pays off Lot 122 (FH 2562)

9/7/2007 Atreus Pays off Lot 123 (FH 2564)

9/14/2007 First Horizon funds draw request (2518)

9/28/2007 First Horizon funds draw request (FH 2515)

10/3/2007 Atreus pays off Lot 58 (FH 2512)
First Horizon funds draw request (FH 2505)

| | |
|---|---|
| 10/12/2007 | |
| 10/16/2007 | Atreus Pays off Lot 56, 113, and 117 (FH 2502, 2537; FH 2524) |
| 10/31/2007 | Atreus Pays off Lot 112 (FH 2522 |
| 11/2/2007 | Atreus Pays off Lot 110 and 115 (FH 2515; FH 2531) |
| 11/9/2007 | First Horizon funds draw request (FH 2555) |
| 11/20/2007 | Atreus Pays off Lot 111 (FH 2519) |
| 11/21/2007 | First Horizon funds draw request (FH 2506) |
| 11/27/2007 | Atreus Pays off Lot 116 (FH 2535) |
| 11/30/2007 | First Horizon funds draw request (FH 2546) |
| 12/11/2007 | Atreus makes interest payment (FH 2506) |
| 12/12/2007 | Parties execute Extension Agreement extending maturity date |
| 6/21/2008 | Loan Matures (Under 1st Extension) |
| 6/30/2008 | Atreus makes interest payment (FH 2509) |

46.

The following is a true and correct summary of the history of Loan 53812:

| | |
|---|---|
| 8/15/2007 | Note Executed |
| 8/14/2008 | Original Maturity Date |
| 9/10/2008 | Atreus pays off lot 64 (FH 2609) |

9/10/2008 Atreus makes interest payment (FH 2609)

47.

The following is a true and correct summary of the history of Loan 53911:

6/21/2007 Note Executed

6/20/2008 Original Maturity Date

6/25/2008 Atreus pays off lot 12 (FH 2767)

6/30/2008 Atreus makes interest payment (FH 2727)

7/3/2008 Atreus Pay off Lot 21 (FH 2804)

7/3/2008 Atreus makes interest payment (FH 2804)

7/30/2008 Atreus pays off Lot 32 (FH 2845)

8/21/2008 Atreus pays off lot (FH 2791)

9/24/2008 Atreus Pays off lot 11 (FH 2762)

9/30/08 Atreus Pays off Lot 14 (FH 2779)

48.

The following is a true and correct summary of the history of Loan 53342:

3/14/2006 Note Executed

3/13/2007 Original Maturity Date

3/16/2007 Atreus makes interest payment (FH 1933)
Atreus makes interest payment (FH 1937)

| | |
|---|---|
| 3/10/2008 | |
| 7/7/2008 | Parties execute first Extension Agreement - document dated June 20, 2008 and extends maturity to July 1, 2008 |
| 8/29/2008 | Atreus Pays off Lot 959 (FH 1990) |
| 10/3/2008 | Atreus Pays off Lot 943 (FH 1939) |

49.

The following is a true and correct summary of the history of Loan 53343:

| | |
|---|---|
| 6/8/2006 | Executed |
| 6/7/2007 | Original Maturity Date |
| 6/18/2007 | Parties execute first Extension Agreement extending maturity date to Dec 7, 2007 |
| 12/7/2007 | Loan Matures (under 1st Extension Agreement) |
| 12/12/2007 | Parties execute second Extension Agreement extending maturity date to June 6, 2008 |
| 6/6/2008 | Loan Matures (under 2nd Extension Agreement) |
| 6/30/2008 | Atreus makes interest payment (FH 2032) |
| 9/18/2008 | Atreus Pays Off Lot 933 (FH 2033) |
| 9/29/2008 | Atreus Pays Off Lot 938 (FH 2055) |

50.

The following is a true and correct summary of the history of Loan 53344:

| | |
|---|---|
| 9/29/2006 | Note Executed |
| 9/28/2007 | Original Maturity Date |
| 9/24/2007 | Parties execute first Extension Agreement extending maturity date to March 28, 2008 |
| 3/28/2008 | Loan Matures (under 1st Extension Agreement) |
| 4/29/2008 | Atreus Pays Off Lot 30 (FH 2093) |
| 4/30/2008 | Atreus Pays off Lot 8 (FH 2064) |
| 5/15/2008 | Atreus Pays Off Lot 29 (FH 2088) |
| 7/2/2008 | Atreus pays off Lot 26 (FH 2083) |
| 7/7/2008 | Parties execute second Extension Agreement - document dated June 20, 2008 and extends maturity to July 1, 2008 |
| 7/16/2008 | Atreus makes interest payment (FH 2083) |

51.

The following is a true and correct summary of the history of Loan 52371:

| | |
|---|---|
| 3/30/2005 | Note Executed |
| 3/29/2006 | Original Maturity Date |
| 3/23/2006 | Parties execute first Extension Agreement extending maturity dated to Sept 29, 2006 |
| 9/20/2006 | Parties execute second Extension Agreement - document dated September 8, 2006 but executed on September 20, 2006 extending maturity date to Nov 29, 2006 |

| | |
|---|---|
| 11/28/2006 | Parties execute third Extension Agreement - document dated November 10, 2006 but executed on November 28, 2006 extending maturity date to Feb 29, 2006 [sic] |
| 3/2/2007 | Parties execute fourth Extension Agreement -dated Feb 26, 2007, but executed on march 2, 2007 extending maturity date to May 28, 2007 |
| 5/24/2007 | Parties execute fifth Extension Agreement extending maturity date to Aug 28, 2007 |
| 8/20/2007 | Parties execute sixth Extension Agreement - extending maturity date to Nov 28, 2007 |
| 11/20/2007 | Parties execute seventh Extension Agreement extending maturity date to March 28, 2008 |
| 3/28/2008 | Loan Matures (under 7th Extension Agreement ) |
| 4/30/2008 | Loan Matures (under 8th Extension Agreement) |
| 7/7/2008 | Parties execute ninth Extension Agreement - document dated June 20, 2008 and extends maturity to July 1, 2008 |

I STATE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

/s Henry "Jody" Porter___________
HENRY "JODY" PORTER

Executed on: November 5, 2009