Civil Action 1:08-cv-3202-TCB
FIRST HORIZON HOME LOANS V. JONATHAN BEEN
Kevin S. Kovalchik, Attorney for Plaintiff

Local Form 005b (5/10)
(formerly DC11, rev. 7/82)

# WRIT OF EXECUTION

| United States District Court | DISTRICT (2) NORTHERN DISTRICT OF GEORGIA |
|---|---|

TO THE MARSHAL OF:
(3) THE NORTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
JONATHAN BEEN

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

$3,917,467.71 principal, $391,771.77 attorney's fees, $15,040.56 loan fees, and $45,990.24 taxes

and

in the United States District Court for the (6) NORTHERN District of (6) GEORGIA, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

JONATHAN BEEN

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| (8) U.S. DISTRICT COURTHOUSE | (9) NORTHERN DISTRICT OF GEORGIA |
| CITY | DATE |
| (10) ATLANTA, GEORGIA | *INSTANTER* |

Witness the Honorable TIMOTHY C. BATTEN, SR.
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (12) JAMES N. HATTEN |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |