U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>First Horizon Home Loans | COURT CASE NUMBER<br>1:08-cv-3202-TCB |
| DEFENDANT<br>Jonathan Been | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Seize property: 8 automobiles, 2 trailers, 1 Motor Scooter, and 1boat; see attached "Exhibit 'A'" (3 pages)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3003 Habersham Rd., Atlanta, GA 30305

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Thompson, O'Brien, Kemp & Nasuti, P.C.
attn: Adam L. Cleveland
40 Technology Pkwy. South, Ste. 300
Norcross, GA 30092

| | |
|---|---|
| Number of process to be served with this Form 285 | 12 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

Preferred times of service: 8:30AM - 4:00PM between Monday, July 23 and Friday, July 27 if possible
Cell phone of requester: 404-403-4305

| Signature of Attorney ~~other Originator~~ requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [X] PLAINTIFF<br>[ ] DEFENDANT | 770-925-0111 | 6/15/12 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 19 | No. 19 | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)* RETURN UNEXECUTED

Name and title of individual served *(if not shown above)*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

APR 24 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Date: 18 Apr 12 Time: 1100 [X] am [ ] pm

Signature of U.S. Marshal or Deputy [signature] 3660

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | | ~~$0.00~~ 550.00 |

REMARKS: Plaintiff has not responded to requsts from server as to whether or not they want to proceed. (5 Telephone request, 4 e-mail.) Cash deposit will be ~~[illegible]~~ returned and case closed until plaintiff decides to pursue this matter.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80